# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

|  |  |
|---|---|
| RICHARD LYNN SCOTT, | |
|      Plaintiff, | |
|   v. | Case No. 2:26-cv-00845-JES-DNF |
| BOOZ ALLEN HAMILTON INC., | |
| CHARLES EDWARD LITTLEJOHN, | |
|      Defendants. | |

## NOTICE OF APPEARANCE AND  REQUEST FOR SERVICE BY SARAH CHEN, ESQ.

Please take notice that Sarah Chen, Esq. of Bradley Arant Boult Cummings LLP appears as counsel in this case for Defendant Booz Allen Hamilton Inc. and requests service of all pleadings, notices, and other papers filed in this case as follows:

> Sarah Chen
> Primary E-mail:  schen@bradley.com
> Secondary E-mail:  mphilippe@bradley.com
> **BRADLEY ARANT BOULT CUMMINGS LLP**
> 1001 Water Street, Suite 1000
> Tampa, Florida 33602
> Telephone: (813) 559-5500
> Facsimile: (813) 229-5946

Dated: April 16, 2026

> Respectfully submitted,
>
> */s/ Sarah Chen*
> Sarah Chen

1

Fla. Bar No. 1069100
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite 1000
Tampa, Florida 33602
Ph: (813) 559-5500
Fax: (813) 229-5946
Primary E-mail: schen@bradley.com
Secondary E-mail: mphilippe@bradley.com

*Counsel for Defendant Booz Allen Hamilton Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record.

*/s/ Sarah Chen*
Counsel

2