UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LYNN SCOTT,

    *Plaintiffs*,

v.                                                      NO. 2:26-CV-00845-JES-KRH

BOOZ ALLEN HAMILTON INC.,

CHARLES EDWARD LITTLEJOHN

    *Defendants.*

---

### NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

☒   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

- *United States of America vs. Charles Edward Littlejohn*, Case No. 1:23-cr-343 (D.D.C.) – Closed
- *Griffin v. Internal Revenue Service et al.*, Case No. 1:22-cv-24023 (S.D. Fla.) – Closed
- *Trump v. Internal Revenue Service et al.*, Case No. 1:26-cv-20609 (S.D. Fla.) – Closed
- *Safe Harbor Int'l LLC v. Booz Allen Hamilton Inc., et al.*, Case No. 8:25-cv-00139 (D. Md.) – Pending
- *MacNeil v. Booz Allen Hamilton Inc.*, Case No. 8:25-cv-0963 (D. Md.) – Pending
- *Warren v. Booz Allen Hamilton Inc.*, Case No. 8:24-cv-01252 (D. Md.) – Pending
- *Gonsoulin v. Booz Allen Hamilton Inc.*, Case No. 8:26-cv-02235 (D. Md.) – Pending
- *Williams v. Booz Allen Hamilton Inc.*, Case No. 8:26-cv-01549 (D. Md.) – Pending

The cases listed above arise from Defendant Littlejohn's access and disclosure of taxpayer information, but involve different parties and causes of action than the above-captioned case.

☐   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

2

Dated: July 7, 2026

Respectfully submitted,

*/s/ A. Lee Bentley, III*

A. Lee Bentley, III
Fla. Bar No. 1002269
Giovanni P. Giarratana
Fla. Bar No. 125848
Sarah A. Chen
Fla. Bar No. 1069100
**Bradley Arant Boult Cummings LLP**
1001 Water Street, Suite 1000
Tampa, Florida 33602
Ph: (813) 559-5500
Fax: (813) 229-5946
Primary E-mail: lbentley@bradley.com
Primary E-mail: ggiarratana@bradley.com
Primary E-mail: schen@bradley.com
Secondary E-mail: jbrandt@bradley.com

*Counsel for Defendant Booz Allen Hamilton Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 7th day of July 2026, a true and correct copy of the foregoing was electronically filed in the United States District Court, Middle District of Florida, using the CM/ECF system which will serve all counsel of record.

_/s/ A. Lee Bentley, III_
Counsel for Defendant