**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**RICHARD LYNN SCOTT,**                              **No: 2:26-cv-845-JES-KRH**

      *Plaintiff,*

**v.**

**BOOZ ALLEN HAMILTON, INC., AND,**
**CHARLES EDWARD LITTLEJOHN,**

      *Defendants.*
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

COMES NOW, Michelle Yard, Esquire, of Law Office of Michelle Yard, PLLC, and files this Notice of Appearance as Co-Counsel on behalf of Defendant, CHARLES EDWARD LITTLEJOHN, in the above-styled cause of action.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on the 8th day of July 2026, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to all attorneys of record.

Respectfully submitted,

*/s/ Michelle Yard*
Michelle Yard, BCS
Florida Bar Number: 14085
Email: michelle@michelleyard.com
**Law Office of Michelle Yard, PLLC**
1317 Edgewater Dr., Suite 4800
Orlando, Florida 32804
Office: (407) 488-6100
Attorney for Charles Edward Littlejohn