UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Richard Scott,

v.                                            CASE NO.: 2:26-cv-845-JES-KRH

Booz Allen Hamilton, Inc., et al

| **Judge:** | Kevin R. Huguelet | **Counsel for Plaintiff** | Nadin Linthorst, Dennis Polio |
|---|---|---|---|
| **Deputy Clerk:** | Traci Swan | **Counsel for Defendant:** | Arther Bentley, III, Giovanni Giarratana, Ali Kamalzadeh |
| **Court Reporter** | Digital | **Pretrial/ Probation** | N/A |
| **Date/Time** | July 8, 2026 2:00 p.m. -2:09 p.m. | **Interpreter** | N/A |
| **Bench Time** | 9  minutes | | |

**CLERK'S MINUTES –Rule 16(b) Conference**

Counsel makes appearances.

The parties discussed the pending motions.

Court and the parties discussed case management, scheduling deadlines and other issues regarding case management.

The Court allows for an additional seven (7) days for Defendant Littlejohn to review the current CMR and to file a notice with the court as to his position as to the selected dates in the CMR.

Oral motion made by the parties requesting an extension of time to file notice of selected mediator.  Motion GRANTED.  The parties shall notify the Court of their mediator by August 10, 2026.

Scheduling Order to be issued after notice is received by Defendant Littlejohn as to his position.