United States Senate
# Financial Disclosures

Defendant Littlejohn
EXHIBIT C

## 🔍 Find Reports

Senator, former Senator, and candidate financial disclosure reports received since January 1, 2012 are available online, pursuant to the Ethics in Government Act (EIGA), as amended. Senator reports are available until six years after the individual ceases to be a Member. Candidate reports are available for one year after the individual is no longer a candidate.

All financial disclosure reports filed under the EIGA, as amended, are available for viewing in the Senate Office of Public Records, 144 Senate Hart Building Washington, DC 20510, including reports for Senate and Commission employees. As required by the EIGA, as amended, employee reports are retained for a period of six years after the date of receipt.

ℹ **Note** Reports will display in the format they were filed: either electronically (text) or on paper (images).



### Search Options

**Filer Name**

Rick | Scott

**Filer Type**

☑ Senator | Florida ▾ | ☐ Candidate | All States ▾ | ☐ Former Senator

**Report Types**

☑ Annual | ☐ Due Date Extension | ☑ Other Documents
☑ Periodic Transactions | ☑ Blind Trusts

**Date Filed/Received**

From | 📅 01/01/2017 | To | 📅 08/03/2026

When selected, reports will open in a new tab or window.

🔍 Search Reports

### Search Results

Reports will open in a new tab or window.

**Filter list by** | name, office, report type, date 🔍

Showing 1 to 74 of 74 entries

| First Name (Middle) | Last Name (Suffix) | Office (Filer Type) | Report Type | Date Received/Filed |
|---|---|---|---|---|
| Rick | Scott | Candidate (Candidate) | Candidate Report | 07/27/2018 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 02/21/2019 | 02/21/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 03/15/2019 | 03/15/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 04/17/2019 | 04/17/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 05/08/2019 | 05/08/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 06/13/2019 | 06/13/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 07/24/2019 | 07/24/2019 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2018 | 08/13/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 10/03/2019 | 10/03/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 11/13/2019 | 11/13/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 12/20/2019 | 12/20/2019 |
| Rick | Scott | Scott, Rick (Senator) | Candidate Report (Amendment 1) | 12/27/2019 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2018 (Amendment 1) | 12/27/2019 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 01/22/2020 | 01/21/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 02/12/2020 | 02/12/2020 |

| First Name (Middle) | Last Name (Suffix) | Office (Filer Type) | Report Type | Date Received/Filed |
|---|---|---|---|---|
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 04/17/2020 | 04/17/2020 |
| Rick | Scott | Scott, Rick (Senator) | Candidate Report (Amendment 2) | 05/22/2020 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2018 (Amendment 2) | 05/22/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 06/12/2020 | 06/12/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 07/13/2020 | 07/13/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 08/13/2020 | 08/13/2020 |
| Rick | Scott | Scott, Rick (Senator) | Candidate Report (Amendment 3) | 08/13/2020 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2018 (Amendment 3) | 08/13/2020 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2019 | 08/13/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 09/26/2020 | 09/26/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 10/23/2020 | 10/23/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 12/21/2020 | 12/21/2020 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 01/12/2021 | 01/12/2021 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 04/23/2021 | 04/23/2021 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 06/24/2021 | 06/24/2021 |

| First Name (Middle) | Last Name (Suffix) | Office (Filer Type) | Report Type | Date Received/Filed |
|---|---|---|---|---|
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2020 | 08/16/2021 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2019 (Amendment 1) | 08/16/2021 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 10/28/2021 | 10/28/2021 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 11/19/2021 | 11/19/2021 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 01/07/2022 | 01/07/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 02/04/2022 | 02/04/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 03/25/2022 | 03/25/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 05/05/2022 | 05/05/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 06/16/2022 | 06/16/2022 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2021 | 08/15/2022 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2020 (Amendment 1) | 08/15/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 08/15/2022 | 08/15/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 10/28/2022 | 10/28/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 11/23/2022 | 11/23/2022 |

| First Name (Middle) | Last Name (Suffix) | Office (Filer Type) | Report Type | Date Received/Filed |
|---|---|---|---|---|
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 12/23/2022 | 12/23/2022 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 01/19/2023 | 01/19/2023 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 02/24/2023 | 02/24/2023 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 03/23/2023 | 03/23/2023 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 05/11/2023 | 05/11/2023 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2022 | 08/14/2023 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 09/15/2023 | 09/15/2023 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 12/11/2023 | 12/10/2023 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 01/19/2024 | 01/19/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 03/15/2024 | 03/15/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 04/12/2024 | 04/12/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 05/10/2024 | 05/10/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 06/09/2024 | 06/09/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 07/06/2024 | 07/06/2024 |

| First Name (Middle) | Last Name (Suffix) | Office (Filer Type) | Report Type | Date Received/Filed |
|---|---|---|---|---|
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2023 | 08/13/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 08/14/2024 | 08/13/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 10/23/2024 | 10/23/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 11/20/2024 | 11/20/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 12/20/2024 | 12/20/2024 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 03/03/2025 | 03/03/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 07/01/2025 | 07/01/2025 |
| Rick | Scott | Scott, Rick (Senator) | Annual Report for CY 2024 | 08/13/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 08/13/2025 | 08/13/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 03/15/2024 (Amendment 1) | 08/13/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 05/10/2024 (Amendment 1) | 08/13/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 07/06/2024 (Amendment 1) | 08/13/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 12/20/2024 (Amendment 1) | 08/13/2025 |

| First Name (Middle) | Last Name (Suffix) | Office (Filer Type) | Report Type | Date Received/Filed |
|---|---|---|---|---|
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 09/19/2025 | 09/18/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 10/30/2025 | 10/30/2025 |
| Rick | Scott | Scott, Rick (Senator) | Periodic Transaction Report for 08/03/2026 | 08/03/2026 |

Show 75 entries

Previous  1  Next