UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LYNN SCOTT,

Plaintiff,

Case No. 2:26-cv-845-KCD-KRH

v.

BOOZ ALLEN HAMILTON, INC.,
CHARLES EDWARD
LITTLEJOHN,

Defendants.
___________________________________/

**ORDER**

Plaintiff Richard Lynn Scott ("Senator Scott") alleges that Charles Edward Littlejohn, a former contractor for Booz Allen Hamilton, Inc., abused his security credentials to leak confidential tax records. Senator Scott seeks to hold Littlejohn liable for the intentional disclosure of his tax information and Booz Allen liable for the systemic security failures that enabled it. (*See* Doc. 14.)

Senator Scott initially sued both defendants in this Court, but the claims against Littlejohn have been sent to the District of Columbia for lack of personal jurisdiction. (*See* Doc. 60.) With the case split in half, and at least one claim against Booz Allen contingent on Littlejohn's liability (Count II), it is worth asking whether keeping the remainder of this dispute in Florida makes sense. Accordingly, on or before October 5, 2026, the parties are

directed to **SHOW CAUSE** why the claims against Booz Allen should not also be transferred to D.C. under 28 U.S.C. § 1404(a). *See Tazoe v. Airbus S.A.S.*, 631 F.3d 1321, 1336 (11th Cir. 2011). Any briefing in response to this order is limited to 15 pages per party.

**ORDERED** in Fort Myers, Florida on September 27, 2026.

Kyle C. Dudek
United States District Judge